**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL W. GRIMES**

**PLAINTIFF**

**V.**                    **CASE NO. 3:10CV00327 SWW/BD**

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**          **DEFENDANTS**

**<u>ORDER</u>**

On December 21, 2010, Plaintiff, an inmate in the Arkansas Department of

Correction ("ADC"), brought this action under 42 U.S.C. § 1983 (docket entry #1).  Upon

review of the record, the Court notes that Plaintiff has not filed a motion to proceed *in*

*forma pauperis* or paid the statutory filing fee.  The statutory filing fee for a complaint

under 42 U.S.C. § 1983 is $350.00.

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to

file a civil action *in forma pauperis* still must pay the $350.00 statutory filing fee.  28

U.S.C. §1915(b)(1).  The only question is whether the prisoner pays the entire filing fee at

the start of the lawsuit or pays in installments over a period of time.  *Ashley v. Dilworth*,

147 F.3d 715, 716 (8th Cir. 1998).

In order to proceed *in forma pauperis*, prisoners must submit a completed

application, along with a calculation sheet that has been prepared and signed by an

authorized officer of the correctional facility where he is being held.  Based on

information in the application and calculation sheet, the Court will assess an initial,

partial filing fee, if sufficient funds exist, and will direct the future collection of monthly

installment payments until the filing fee is paid in full.  28 U.S.C § 1915(b)(1)-(2).  If the

prisoner's case is later dismissed for any reason, including a determination that it is

frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant

who is immune from such relief, the full amount of the $350.00 filing fee will be

collected, and no portion of this filing fee will be refunded to the prisoner.

If Mr. Grimes wishes to proceed with this action, he must file an application to

proceed *in forma pauperis,* or pay the filing fee of $350.00, within thirty days of the entry

date of this Order.  The Clerk of Court is directed to forward Plaintiff an *in forma

pauperis* application, along with a copy of this Order.  Failure to comply with this Order

may result in dismissal of this case without prejudice under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 3rd day of January, 2011.


_____

UNITED STATES MAGISTRATE JUDGE