**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MICHAEL W. GRIMES**                                                                    **PLAINTIFF**

**V.**                      **No. 3:10CV00327-SWW-BD**

**CRAIGHEAD COUNTY DETENTION CENTER,** *et al.*          **DEFENDANTS**

### **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. There have been no objections. After careful review of the recommendation and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Grimes's claims are DISMISSED without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of January 20, 2011.

IT IS SO ORDERED, this 3rd day of May 2011.

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE