# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL W. GRIMES**                                                          **PLAINTIFF**

**V.**                       **No. 3:10CV00327-SWW-BD**

**CRAIGHEAD COUNTY DETENTION CENTER,** *et al.*         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of May, 2011.

                                                     /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE